IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA GAS TRANSMISSION
COMPANY,

      Plaintiff,

vs.                                       Case No. 4:07-CV-447-SPM/WCS

STEPHANIE KOPELOUSOS

      Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to the "Joint Stipulation of Voluntary Dismissal Without Prejudice" (doc. 20) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed without prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge